FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 16 PM 3: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE RACKLEY, SR.                                    CIVIL ACTION

VERSUS                                                      NO. 08-0825

MARLIN N. GUSMAN, ET AL.                       SECTION: "F"(4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _____ day of _____ JAN _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____